UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHELLE WHITE**                                                                                          **PLAINTIFF**

**v.**                                      **CASE NO. 5:09cv00026 BSM**

**MIKE HOLCOMB, Individually and**
**In His Official Capacity as Jefferson**
**County Judge and THE QUORUM**
**COURT OF JEFFERSON COUNTY,**
**ARKANSAS, A Public Body Corporate**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the order entered this day, judgment is entered for defendants Mike Holcomb and the Quorum Court of Jefferson County, Arkansas.  The motion for summary judgment filed by defendants is granted, and all claims are dismissed with prejudice.

IT IS SO ORDERED this 3rd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE